UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN C. DIAZ,

       Plaintiff,

   -against-

SOCIAL SECURITY ADMINISTRATION DISABILITY; DR. JAMES TODD; DR. ANN MONIS; JUDGE JASON MILLER,

       Defendants.

20-CV-1551 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued March 27, 2020, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

This civil judgment is to be mailed in chambers.

SO ORDERED.

Dated: March 27, 2020
    New York, New York

              _Louis L. Stanton_
                Louis L. Stanton
                 U.S.D.J.